IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:98-cr-05152 |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| SHEILA LAVON SCOTT | |
| Defendant. | |

The above named defendant has been accepted to the Options Recovery program, which is a minimum 12-month program and is located in Berkeley, California.

IT IS HEREBY ORDERED that the defendant shall be released to Kevin Mitchel of the Federal Defender Office, on Tuesday, July 25, 2017 at 5:30am for transportation directly to the inpatient drug treatment facility.

IT IS SO ORDERED.

Dated:   **July 24, 2017**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE