| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA BAR #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, CA BAR #228906 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721-2226 |
| 4 | Telephone: 559.487.5561/Fax: 559.487.5950 |
| 5 | Attorneys for Defendant |
| | SHEILA SCOTT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:98-cr-5152 LJO |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | STIPULATION RE SCOTT TREATMENT |
| vs. | ) | PROGRAM; ORDER; DECLARATION OF |
| | ) | COUNSEL |
| SHEILA SCOTT, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and through the parties through their respective counsel, Assistant United States Attorney Dawrence W. Rice, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Sheila Scott, and United States Probation Officer Adrian Garcia, that Ms. Scott's 12-month treatment program be changed from Options Recovery in Berkeley, California to Center Point in Oakland, California.  The reasons for this request is detailed in the attached declaration from defense counsel.

    Respectfully submitted,

    BENJAMIN B. WAGNER
    United States Attorney

DATED: December 8, 2017    By:    */s/ Dawrence W. Rice*
    DAWRENCE W. RICE
    Assistant United States Attorney
    Attorney for Plaintiff

| | | | |
|---|---|---|---|
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: December 8, 2017 | | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>SHEILA SCOTT |
| DATED: December 8, 2017 | | By: | */s/ Adrian Garcia*<br>ADRIAN GARCIA<br>United States Probation Officer |

**O R D E R**

IT IS SO ORDERED.

Dated: **December 11, 2017**          /s/ Lawrence J. O'Neill
                                              UNITED STATES CHIEF DISTRICT JUDGE

**DECLARATION OF PEGGY SASSO**

I, Peggy Sasso, declare as follows:

1. I am an Assistant Federal Defender for the Eastern District of California, and was appointed to represent Sheila Scott on June 22, 2017.

2. On July 24, 2017 this Court ordered Ms. Scott to participate and complete the 12-month program offered by Options Recovery in Berkeley, California. Ms. Scott was released to and entered Options Recovery on July 25, 2017.

3. On October 18, 2017, Kevin Mitchel at the Federal Defender's office received a letter from the Intake Coordinator at Options Recovery indicating that Ms. Scott was programming successfully and progressing well. That letter was provided to the Court on October 19, 2017.

4. On December 1, 2017, Ms. Scott called the Federal Defender's office to inform counsel that under the direction of her state parole officer she had changed treatment programs. Options Recovery failed to contact the Federal Defender's office to notify us of the change.

5. Immediately after hearing from Ms. Scott on December 1, defense counsel called Ms. Scott's state parole officer, Agent Jessica Tabayoyong to verify the change in programs. Agent Tabayoyong confirmed that she had placed Ms. Scott in Center Point in lieu of Options Recovery a few weeks earlier. Agent Tabayoyong stated that the relationship with Options Recovery had broken down, and that Options Recovery was refusing to provide her with specific information regarding any issues that they might be having with Ms. Scott. Agent Tabayoyong transferred Ms. Scott to Center Point, which she describes as an equivalent treatment program with the key difference being that Options Recovery is a privately operated program and Center Pont is a government funded program. Agent Tabayoyong apologized for not notifying anyone on the federal side; she was unaware that the transfer had implications for Ms. Scott's federal case.

6. Immediately following my conversation with Agent Tabayoyong, I contacted Ms. Scott's federal probation officer, Adrian Garcia to apprise him of the transfer in programs and asked him how he would like to proceed.

7. On December 4, 2017, Agent Garcia indicated that he had discussed the situation with his supervisor and did not oppose the program change so long as the current program was also a

minimum of 12 months and requested that defense counsel notify the Court.  Defense counsel contacted the government and learned that AUSA Rice was out of the office until December 11, 2017.  Defense counsel alerted Probation that it would first contact AUSA Rice and, assuming he was also in agreement with the change, file a joint stipulation with the Court on December 11, 2017.  Probation agreed with that course of action.

  8. On December 6, 2017, Agent Tabayoyong sent the undersigned information regarding Center Point as well as information from Ms. Scott's Case Manager at Center Point outlining Ms. Scott's current classes and confirming that Ms. Scott has been programming well and has been a pleasure to work with.  Said documents are attached as Exhibit A.

  9. On December 7, 2017, the undersigned received a signed declaration from Agent Tabayoyong confirming that Center Point is equivalent to Options Recovery and that Ms. Scott will remain in the program until at least July 25, 2018, and longer if appropriate.  Agent Tabayoyong also confirmed that should Ms. Scott leave or be terminated from Center Point for any reason, she will immediately notify Ms. Scott's federal probation officer.  Agent Tabayoyong's declaration is attached as Exhibit B.

  I declare under penalty of perjury that the matters herein as to which I have personal knowledge are true and correct.

  Executed this 7th day of December, 2017, at Fresno, California.

*/s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
SHEILA SCOTT

Scott: Stipulation and [Proposed] Order

4