| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA BAR #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, CA BAR #228906 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: 559.487.5561/Fax: 559.487.5950 |
| 5 | Attorneys for Defendant |
| | SHEILA LAVON SCOTT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:98-cr-5152 LJO |
|---|---|
| *Plaintiff,* | ) |
| vs. | ) STIPULATION CONTINUING SENTENCING; |
| | ) ORDER |
| SHEILA LAVON SCOTT, | ) |
| | ) DATE: September 4, 2018 |
| *Defendant.* | ) TIME: 1:00 p.m. |
| | ) JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and through the parties through their respective counsel, Assistant United States Attorney Dawrence Rice, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Sheila Lavon Scott, that the sentencing hearing currently scheduled for August 20, 2018 at 8:30 a.m. be continued to Tuesday, September 4, 2018 at 1:00 p.m. before the Honorable Lawrence J. O'Neill.

The reason for the continuance is defense counsel needs to schedule a medical procedure for August 20, and the next available court date is September 4, 2018. An afternoon hearing is requested because Ms. Scott will be travelling from the Northern District via public transportation that is scheduled to arrive in Fresno around noon on September 4, 2018.

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | MCGREGOR SCOTT<br>United States Attorney |
| DATED: June 21, 2018 | | By: | */s/ Dawrence Rice*<br>DAWRENCE RICE<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June 21, 2018 | | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>SHEILA LAVON SCOTT |

**O R D E R**

IT IS SO ORDERED.

Dated: **June 22, 2018**           **/s/ Lawrence J. O'Neill**
                         UNITED STATES CHIEF DISTRICT JUDGE

Scott: Stipulation and [Proposed] Order