| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Officer of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | SHEILA SCOTT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:98-cr-5152 LJO |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR TRAVEL ASSISTANCE** |
| | ) | **PURSUANT TO 18 U.S.C. § 4285; ORDER** |
| vs. | ) | |
| | ) | |
| SHEILA SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Ms. Scott, through her undersigned counsel, hereby requests that, pursuant to 18 U.S.C. § 4285, this Court direct the United States Marshal to furnish her with the cost of travel from Oakland, California to Fresno, California, via Greyhound Bus Lines, so that she may attend court in Fresno on September 4, 2018, at 1:00 p.m. Ms. Scott has been found indigent and eligible for appointed counsel in this case. Pursuant to this Court's order Ms. Scott is currently participating in the Center Point treatment program located in Oakland, California. Given that Ms. Scott lacks the financial resources to provide the necessary transportation to appear at her required court hearing, the interests of justice are served by directing the United States Marshal to furnish the bus fare for Ms. Scott's transportation to her court hearing in Fresno on September 4th.

Additionally, consistent with § 4285, Ms. Scott requests that the United States Marshal furnishes her with an amount of money for subsistence expenses to Fresno, not to exceed the amount authorized as a per diem allowance for travel under section 5 U.S.C. § 5702(a).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 10, 2018                    */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
SHEILA SCOTT

## **O R D E R**

Pursuant to 18 U.S.C. § 4285, the Court directs the United States Marshal to furnish Sheila Scott with the cost of travel from Fresno, California to Fresno, California, so that she may attend court in Fresno on September 4, 2018 at 1:00 p.m. Additionally, the United States Marshal shall provide Ms. Scott with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

IT IS SO ORDERED.

Dated:  **July 10, 2018**           /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Scott:  Request for Travel Assistance